ESTHER ALTMAN, Respondent, *v.* BROWN, WHEELOCK, HARRIS & CO., INC., Appellant.

Submitted January 13, 1939; decited February 21, 1939.

536

*Isaac Gluckman, Stanley S. Casden* and *Deborah Hanft* for appellant.

*Benjamin H. Siff* and *David D. Reibstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.